IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                                          16-CR-176-FPG

ALEJANDRO VALADEZ-LEON,

          Defendant.

---

## INFORMATION

(8 U.S.C. § 1326(a))

### COUNT 1

**The United States Attorney Charges That:**

On or about October 18, 2016, in the Western District of New York, the defendant, **ALEJANDRO VALADEZ-LEON**, an alien who had previously been deported and removed from the United States on or about March 3, 2006, was found the United States, without having obtained the express consent of the Attorney General of the United States or her successor, the Secretary for Homeland Security, to reapply for admission to the United States.

**All in violation of Title 8, United States Code, Section 1326(a).**

DATED:   Buffalo, New York, January 31, 2017.

<div style="margin-left:3em">

JAMES P. KENNEDY, JR.
Acting United States Attorney

BY:   _____
BRIAN J. COUNIHAN
Special Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5831
brian.counihan@usdoj.gov

</div>